1  THOMAS HOLDEN (No. 130277)
   *HoldenT@GTlaw.com*
2  GREENBERG TRAURIG, LLP
   Four Embarcadero Center, Suite 3000
3  San Francisco, CA 94111
   Telephone: (415) 655-1266
4  Facsimile: (415) 707-2010

5  Attorneys for Plaintiff
   THE BURLINGTON
6  INSURANCE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>    Plaintiff;<br><br>v.<br><br>DDL TRAFFIC, INC. and BINITA PATEL,<br><br>    Defendants. | Case No. 5:16-cv-02175-RGK-SP<br><br>**[PROPOSED] JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Judgment is entered in favor of plaintiff The Burlington Insurance Company ("Burlington") and against defendants DDL Traffic, Inc. ("DDL Traffic") and Binita Patel ("Patel").

It is hereby declared and adjudged that:

1. There is and was no coverage for the claims asserted by Patel against DDL Traffic in *Patel v. Eichmann, et al.*, No. CIVDS1504718 in the Superior Court of the State of California for the County of San Bernardino (the "Underlying Action") under any insurance policy issued by Burlington to DDL;

2. Burlington had no duty to defend DDL Traffic in the Underlying Action;

3. Burlington has and will have no duty to pay Patel or to indemnify DDL Traffic for any portion of any judgment or settlement arising out of the Underlying Action;

4. Each party to bear her or its own costs and attorneys' fees incurred in this action.

DATED: January 11, 2018

_____
R. Gary Klausner
United States District Judge